PD-1569&1570&1571&1572-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/4/2015 11:47:27 AM
Accepted 12/4/2015 1:20:55 PM
ABEL ACOSTA
CLERK

No. PD-_____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

GERALD CHRISTOPHER ZULIANI,

Defendant – Appellant

vs.

THE STATE OF TEXAS

Plaintiff – Appellee

FILED IN
COURT OF CRIMINAL APPEALS

December 4, 2015

ABEL ACOSTA, CLERK

On Petition for Discretionary Review
from the Third Court of Appeals at Austin, Texas
Seeking Review of Appeal Nos.
03-13-00490-CR,
03-13-00491-CR,
03-13-00492-CR,
and 03-13-00495-CR,
from Travis County, Texas,
Hon. P. David Wahlberg, District Judge Presiding

APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Appellant Gerald Christopher Zuliani files Appellant's Motion for

Extension of Time to File Petition for Discretionary Review ("PDR"), and

respectfully states as follows:

The unpublished opinion of the Third Court of Appeals affirming four of appellant Zuliani's five convictions was issued Friday, May 29, 2015. Appellant timely filed motions for rehearing in the affirmed convictions in Nos. 03-13-00490-CR, 03-13-00491-CR, 03-13-00492-CR and 03-13-00495-CR, on Monday, June 15, 2015. The Third Court overruled the rehearing motions on Monday, November 30, 2015. The deadline for filing a petition for discretionary review is Friday, December 29, 2015.[1]

Mr. Zuliani asks this court for a 30 day extension of time after the current deadline to file his PDR, which would make it due by Friday, January 29, 2016. The undersigned counsel currently has two briefs due in December in the United States Court of Appeals for the Fifth Circuit: (1) No. 14-10156, *United States v. Pamela Adenuga*, Appellant's Brief due Dec. 15, 2015 (30 day extension granted); and (2) No. 15-10728, *United States v. Christopher Stephen Martin*, Appellant's Brief due Dec. 21, 2015 (30 day extension requested, but 21 day extension granted). Appellant's counsel is working on completing these two briefs timely, as it is uncertain whether the Fifth Circuit will grant any additional extensions in these two cases.

---

[1] Appellant's theft conviction in No. 03-13-00493-CR was reversed and a judgment of acquittal was rendered by the Third Court in its opinion. Therefore, appellant is not filing a PDR from that now-reversed conviction.

2

Additionally, the holiday season in late December will prevent counsel from being able to complete this PDR by the Dec. 30 deadline. Counsel will also be competing in four events at the United Country Western Dance Council World Championships in Nashville, Tennessee from January 4 to 10, 2016, and will not return to Austin until January 11, 2016. For these reasons, appellant Gerald Christopher Zuliani requests a 30 day extension of time to file his PDR, which would extend the deadline from December 30, 2015 to January 29, 2016.

This motion requesting an extension of time is not being brought for the purpose of delay only, but so that a properly drafted PDR may be presented to this court for its consideration in deciding whether to grant discretionary review.

Respectfully submitted,

/s/ *Gregory Sherwood*

GREGORY SHERWOOD
Attorney
P.O. Box 200613
Austin, Texas 78720-0613
(512) 484-9029
State Bar No. 18254600
email: gsherwood@mail.com

Attorney on PDR for Appellant
Gerald Christopher Zuliani

### Certificate of Service

I hereby certify that a true copy of this document was served on December 4, 2015 by email to the Travis County District Attorney's Office, 509 W. 11th Street, 2nd Floor, Austin, Texas 78701 at email addresses AppellateTCDA@co.travis.tx.us and scott.taliaferro@co.travis.tx.us and the Office of the State Prosecuting Attorney, P.O. Box 13046, Austin, Texas 78767 at email address information@spa.texas.gov.

/s/ *Gregory Sherwood*

### Certification of Word Count Compliance

According to the WordPerfect program used to create this document, there are 464 words in this motion, excluding the portions listed in Tex. R. App. P. 9.4(i)(1).

/s/ *Gregory Sherwood*